**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Julie Dalton,

                Plaintiff,

v.

AG Adriano Goldschmied, Inc.,

                Defendant.

Civil No. 26-cv-1757 (JMB/DJF)


**ORDER**

The Complaint in this matter was filed and Summons was issued as to Defendant AG Adriano Goldschmied, Inc. on March 5, 2026.  Plaintiff served the Summons and Complaint on Defendant on March 10, 2026, with an answer due date of March 31, 2026 (ECF No. 4).  With Defendant's consent, Plaintiff Julie Dalton filed a motion to extend Defendant's answer deadline to April 30, 2026 (ECF No. 5), which the Court granted (ECF No. 7).  The extended deadline for Defendant to answer or otherwise respond to the Complaint has passed and Defendant has failed to respond or enter an appearance.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall:

1. Notify Defendant immediately that it is required to answer or otherwise respond to the Complaint, or file a motion or stipulation for an extension of time to answer or otherwise respond, within ten (10) days of service of the notice;

2. File the above notice in CM/ECF; and

3. File an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within twenty-one (21) days of the date of this Order if no answer or other response(s) is filed by Defendant.  Once default is entered by the Clerk's Office, Plaintiff shall promptly seek a default judgment pursuant to Fed. R. Civ. P. 55(b); **or**

4. File a letter advising the undersigned of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action for failure to

prosecute.

Dated: May 1, 2026

s/ Dulce J. Foster
DULCE J. FOSTER
United States Magistrate Judge